IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY BILLS | ) | CASE NO. 2:22-cv-04175 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL H. WATSON |
| | ) | |
| v. | ) | |
| | ) | |
| THE SOUTHARD CORPORATION | ) | |
| d/b/a RENEWAL BY ANDERSON | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned counsel, hereby stipulate that the above-captioned matter is hereby dismissed with prejudice, each party to bear its own attorneys' fees, expenses, and costs.

Respectfully submitted,

| | |
|---|---|
| s/ *Peter G. Friedmann* | s/ *Karina R. Conley* |
| Peter G. Friedmann (0089293) | KARINA R. CONLEY (0093906) |
| (Pete@thefriedmannfirm.com) | JESSI L. ZISKA (0096750) |
| Dominick A. Kocak (0102165) | McDonald Hopkins LLC |
| (Dominick@thefriedmannfirm.com) | 600 Superior Avenue, E., Suite 2100 |
| **The Friedmann Firm LLC** | Cleveland, Ohio 44114 |
| 3740 Ridge Mill Drive | Telephone: (216) 348-5400 |
| Hilliard, OH 43026 | Facsimile: (216) 348-5474 |
| 614-610-9756 (Phone) | kconley@mcdonaldhopkins.com |
| 614-737-9812 (Fax) | jziska@mcdonaldhopkins.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant The Southard Corporation d/b/a Renewal by Anderson* |

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of October, 2023, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   /s/ Dominick A. Kocak
Dominick A. Kocak (0102165)
(*Dominick@thefriedmannfirm.com*)
**The Friedmann Firm LLC**
3740 Ridge Mill Drive
Hilliard, OH 43026
614-610-9757 (Phone)
614-737-9812 (Fax)

*Attorney for Plaintiff*